UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUANG M.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br><br>　　　　　　Defendant. | Case No.  20-cv-09200-JSC<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 2 |

Plaintiff's Application to Proceed In Forma Pauperis ("IFP") is now pending before the Court.  (Dkt. No. 2.)  "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  Here, Plaintiff's affidavit indicates that Plaintiff receives $1,700 a month in rental income and her husband's gross monthly income is over $9,000 ($5,617.68 net).  (*Id*. at 2.)  Plaintiff and her husband also own their own home, have over $7,000 in their bank account, and their monthly income exceeds their listed monthly expenses by over $2,500. (*Id*. at 3.)  As Plaintiff's IFP does not indicate that she cannot afford to pay the court costs, she is ORDERED TO SHOW CAUSE as to why the application should not be denied.  *See Escobedo*, 787 F.3d at 1234 ("a plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'") (internal citation omitted). Plaintiff shall show cause in writing by January 7, 2021.  Alternatively, Plaintiff may pay the filing fee.

**IT IS SO ORDERED.**

Dated: December 21, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge